UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFRED G. GUNN and MARCIA H. GUNN, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | CASE NO. C24-944 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Joint Request to Extend the Joint Status Report filing date. (Dkt. No. 12.) The Court hereby EXTENDS the filing date of the JSR to September 13, 2024.

\\

\\

MINUTE ORDER - 1

Case 2:24-cv-00944-MJP   Document 13   Filed 09/09/24   Page 2 of 2

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 9, 2024.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Kathleen Albert<br>
Deputy Clerk